# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

146757

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KNIGHT ENTERPRISES, INC.,
        Plaintiff-Appellant,

v

SC: 146757
COA: 306451
Wayne CC: 08-121646-CZ

RPF OIL COMPANY,
        Defendant-Appellee,

and

KMA OIL, INC., AMER SALEH and
SNA SERVICE, INC.,
        Defendants.
_____/

       On order of the Court, the application for leave to appeal the January 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



p0520

                             Clerk